1022 21 FEDERAL REPORTER, 2d SERIES

UNITED STATES ex rel. Samuel PAUL, Appellant, v. Edward RUSTAD, U. S. Marshal, etc.

Circuit Court of Appeals, Eighth Circuit.
February 7, 1927.

No. 7617.

Appeal from the District Court of the United States for the District of Minnesota.

O. J. Larson and George B. Sjoselius, both of Duluth, Minn., for appellant.

James A. Wharton, Asst. U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee, under rules 23 and 24.

---

2
Edna VAUGHN, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
February 12, 1927.

No. 7749.

In Error to the District Court of the United States for the Northern District of Oklahoma.

Wilson & Searcy, of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

3
C. A. WASHINGTON, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
June 7, 1927.

No. 7718.

In Error to the District Court of the United States for the Eastern District of Oklahoma.

C. E. Corbett, of Muskogee, Okl., for plaintiff in error.

Frank Lee, U. S. Atty., and W. F. Rampendahl, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error dismissed on motion of defendant in error under rule 24.

---

4
W. B. FORSHAY CO., Appellant, v. C. D. MacLAREN, Trustee, etc.

Circuit Court of Appeals, Eighth Circuit.
February 17, 1927.

No. 7475.

Appeal from the District Court of the United States for the District of Minnesota.

Harrison E. Fryberger and Donald E. Bridgman, both of Minneapolis, Minn., for appellant.

S. A. Mitchell, of St. Louis, Mo., and Kay Todd, Walter Fosnes, Charles W. Sterling, and R. H. De Lambert, all of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rules 23 and 24, etc.

---

5
E. WEAVER, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
March 22, 1927.

No. 7789.

In Error to the District Court of the United States for the Western District of Oklahoma.

L. M. Gensman, of Lawton, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

6
Lee L. WELCH et al., Plaintiffs in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
September 14, 1927.

No. 7886.

In Error to the District Court of the United States for the District of Utah.

W. R. Hutchinson, Jr., of Salt Lake City, Utah, for plaintiffs in error.

Charles M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error dismissed on motion of defendant in error under rule 16.